IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------------------X

IN RE:     **AIMSTER COPYRIGHT
LITIGATION**

------------------------------------------------X

**This Document Relates To:**

| | |
|---|---|
| ZOMBA RECORDING | 01 C 8940 |
| ATLANTIC RECORDING | 01 C 8941 |
| JERRY LEIBER | 01 C 8942 |

------------------------------------------------X

MASTER FILE
No. 01 C 8933

Judge:
Marvin E. Aspen

FILED-ED4
02 NOV 27 PM 4:10
CLERK
U.S. DISTRICT COURT

DOCKETED
DEC 0 2 2002

**PAID**
RECEIPT # 1082876
NOV 27 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF FILING - NOTICE OF APPEAL**

TO:     Counsel on Attached Service List

PLEASE TAKE NOTICE that we have this day filed with the Clerk of the District Court the

Notice of Appeal, a copy of which is attached hereto.

Dated:     November 27, 2002

Michael P. Connelly
William E. Snyder
Connelly Roberts & McGivney LLC
One North Franklin, Suite 1200
Chicago, Illinois 60606
(312) 251-9600

Local counsel for defendants

John Deep
26 Roosevelt Blvd.
Cohoes, NY 12047
(518) 133-0225

For Defendants John Deep,
AbovePeer, Inc. and Buddy USA, Inc.

i:\3290001.pld\nof.appeal.112502

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED-ED4

02 NOV 27 PM 4: 10

CLERK
U.S. DISTRICT COURT

DOCKETED
DEC 0 2 2002

------------------------------------X

IN RE:   AIMSTER COPYRIGHT
         LITIGATION

MASTER FILE
No. 01 C 8933

------------------------------------X

Judge:
Marvin E. Aspen

**This Document Relates To:**

**ZOMBA RECORDING**       01 C 8940

**ATLANTIC RECORDING**    01 C 8941

**JERRY LEIBER**          01 C 8942

------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that John Deep, AbovePeer, Inc., and BuddyUSA, Inc., defendants in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Preliminary Injunction Order entered by the district court in this action on October 30, 2002.

Dated:    November 27, 2002

Michael P. Connelly
William E. Snyder
Connelly Roberts & McGivney LLC
One North Franklin, Suite 1200
Chicago, Illinois 60606
(312) 251-9600

Local counsel for defendants

_____
John Deep
26 Roosevelt Blvd.
Cohoes, NY 12047
(518) 133-0225

For Defendants John Deep,
AbovePeer, Inc. and Buddy USA, Inc.

i:\3290001.pld\notice.appeal.112502

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-----------------------------------------X

| IN RE: | AIMSTER COPYRIGHT LITIGATION | | MASTER FILE No. 01 C 8933 |

-----------------------------------------X

Judge:
Marvin E. Aspen,
Chief Judge

This Document Relates To:

| ZOMBA RECORDING | 01 C 8940 |
| ATLANTIC RECORDING | 01 C 8941 |
| JERRY LEIBER | 01 C 8942 |

-----------------------------------------X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF ALBANY     )

    John Deep, being duly sworn, deposes and says: that I am over the age of 18 years; that on the 27th day of November, 2002, I served the documents entitled Notice of Appeal in the above-entitled matter upon all parties on the attached service list via facsimile and on the following individuals via facsimile and first-class mail:

        Floyd A. Mandell, Esq.
        Lee J. Eulgen, Esq.
        Bradley S. Rochlen, Esq.
        Katten Muchin Zavis
        525 West Monroe Street
        Chicago, Illinois 60661-3693

_____
                   Signature of Sender

## FACSIMILE TRANSMISSION COVER SHEET

| | | | |
|---|---|---|---|
| DATE: | November 27, 2002 | FROM: | |
| TO: | KATTEN MUCHIN ZAVIS | TO: | PAUL, WEISS, RIFKIND, WHARTON & GARRISON |
| ATTN: | LEE J. EULGEN, ESQ.<br>FLOYD A. MANDELL, ESQ.<br>BRADLEY S. ROCHLEN, ESQ. | ATTN: | CAREY RAMOS, ESQ.<br>AIDAN SYNOTT, ESQ.<br>THEODORE K. CHENG, ESQ. |
| FAX: | (312) 902-1061 | FAX: | (212) 757-3990 |
| TO: | WILLIAMS & CONNOLLY LLP | TO: | CRAVATH, SWAINE & MOORE |
| ATTN: | DAVID E. KENDALL, ESQ.<br>THOMAS G. HENTOFF, ESQ. | ATTN: | KATHERINE B. FORREST, ESQ.<br>KAREN KING, ESQ. |
| FAX: | (202) 434-5029 | FAX: | (212) 474-3700 |
| TO: | NEAL & HARWELL | TO: | MITCHELL SILBERBERG & KNUPP |
| ATTN: | AUBREY B. HARWELL, ESQ.<br>MARC T. MCNAMEE, ESQ. | ATTN: | RUSSELL J. FRACKMAN<br>KARIN PAGNANELLI, ESQ. |
| FAX: | (615) 726-0573 | FAX: | (310) 312-3100 |
| TO: | PROSKAUER ROSE LLP | TO: | ROEMER WALLENS MINEAUX |
| ATTN: | LEON P. GOLD, ESQ. | ATTN: | MATTHEW J. KELLEY, ESQ. |
| FAX | (212) 969-2900 | FAX: | (518) 464-1010 |
| TO: | KAREN L. STETSON | TO: | RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC. |
| FAX: | (305) 604-0598 | ATTN: | MATTHEW OPPENHEIM, ESQ.<br>STANLEY PIERRE-LOUIS, ESQ. |
| | | FAX: | (202) 775-7253 |

MESSAGE: